NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORGREN INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**SMC CORPORATION** AND
**SMC CORPORATION OF AMERICA,**
*Intervenors.*

---

2011-1349

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-587.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the unopposed motion of SMC Corporation and SMC Corporation of America for leave to intervene,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

__JUN 0 2 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Carl F. Manthei, Esq.
Mark B. Rees, Esq.
Arthur I. Neustadt, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2011

JAN HORBALY
CLERK